# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| SARAH ZEITLER, DORIS PAULETTE DAVIS, | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 6:18-CV-00508-RWS-CMC |
| v. | § § | |
| CNH INDUSTRIAL AMERICA, LLC, PREEMINENT CONCRETE LLC, | § § § § § | |
| Defendants. | § § § | |

## ORDER

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of the case has been presented for consideration. The Report and Recommendation (Doc. No. 47), filed on September 4, 2019, recommends that Plaintiff's Motion to Remand (Doc. No. 10) be granted. No written objections to the Report and Recommendation have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is therefore

**ORDERED** that Plaintiff's Motion to Remand (Doc. No. 10) is **GRANTED**. The case is **REMANDED** to the 241st Judicial District Court of Smith County, Texas. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 24th day of September, 2019.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE